UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVESHA COOK, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE INSURANCE COMMISSIONER, et al., <br><br> Defendants. | CASE NO. 3:17-CV-05793-RJB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 6). The plaintiff has filed a Motion to Amend Plaintiff's Response for November 8, 2017, for Newly Discovered Evidence (Dkt. 7), which the court deems to be an objection to the report and recommendation. Unfortunately, said response does not resolve the issues raised in the Report and Recommendation, and the Report and Recommendation should be adopted by this court Plaintiff's Motion to Proceed *in forma pauperis* (Dkt. 1) and Application for Court Appointed Counsel (Dkt. 1-2) are hereby DENIED.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

In the event plaintiff wishes to proceed with this case, she should pay the filing fee on or before **March 20, 2018.** Plaintiff is notified that failure to do so may result in dismissal of the case on or after that date without prejudice.

**DATED** this 20th day of February, 2018.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge